Locomotive Engineers Mutual Life and Accident Insurance Association, Plaintiff, *v.* Melissa I. Locke, Respondent, and Georgina Putnam, Appellant.

Submitted January 10, 1938; decided January 11, 1938.

*Walter F. Hofheins* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.